UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

        Plaintiff,

v.

MIRIAM DOMINIQUE-KASTLE,

        Defendant.

Case No. C15-819-JLR

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

The Court, having reviewed plaintiff's complaint, plaintiff's motion to dismiss this action, defendant's response thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's motion to voluntarily dismiss this action (Dkt. 12) is GRANTED in accordance with Fed. R. Civ. P. 41(a)(2). Plaintiff's civil rights complaint (Dkt. 8) and this action are DISMISSED with prejudice.

ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS - 1

1   (3)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for
2  defendant, and to the Honorable James P. Donohue.
3   DATED this 31st day of December, 2015.

JAMES L. ROBART
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS - 2